ETHEL HULTS, Respondent, v. SEARS, ROEBUCK & Co., Appellant.— In an action to recover damages for personal injuries, order granting plaintiff's motion to compel defendant to accept a bill of particulars, upon stated conditions, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.

In the Matter of GUILIO ADANUNCIO et al., Appellants, against CITY OF NEW YORK, Respondent.— Appeal from an order denying a motion on behalf of an infant and his father for leave to file a late notice of claim under section 50-e, of the General Municipal Law. The infant was fifteen years of age at the time of the happening of the accident, and the application was made approximately seven months after the accident. Failure to serve the notice in time was not by reason of infancy or other disability recognized by the statute. Order affirmed, without costs. (*Matter of Nori* v. *City of Yonkers*, 274 App. Div. 545, affd. 300 N. Y. 632; *Matter of Lustig* v. *City of New York*, 273 App. Div. 716.) Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur. [200 Misc. 676.]

In the Matter of the CITY OF NEW YORK for the Appointment of the Treasurer of the City as Receiver of All Rents and Profits from Real Property in the Borough of Brooklyn. AUDREY FENTON, Appellant; SPENCER C. YOUNG, Respondent.— Objectant, the former owner of the premises under receivership herein, appeals from an order which settled and approved the account of Spencer C. Young, treasurer of the City of New York, as receiver, and discharged him upon his account. It also overruled the objection of the appellant to the receiver's account. Pursuant to section 94 of the Tax Law, the treasurer of the City of New York was appointed receiver of the rents, issues and profits of the premises involved in order to effect the collection of tax arrears. During the pendency of the receivership, the city, pursuant to title D of chapter 17 of the Administrative Code of the City of New York, commenced an action in rem to foreclose unpaid tax liens affecting delinquent parcels in sections 8 and 9, Borough of Brooklyn, among which were the premises here involved. The owner having failed to answer and request a sale pursuant to section D17–12.0 of the Administrative Code, a judgment of foreclosure dispensing with the sale of the premises was entered. No deficiency was reported in the action. Title to said premises vested in the city on May 7, 1951. Prior to and during the foreclosure action, the receiver paid certain of the delinquent taxes. In September, 1951, and after title vested in the city, he paid additional delinquent taxes in the sum of $250, thus disposing of the entire receivership balance on deposit. It is to this payment that the foreclosed owner objected upon the receiver's account. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.